IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CHARLIE DANIELS, #15327                                                               PLAINTIFF

VS.                                                           CIVIL ACTION NO. 5:03CV4DCB-JCS

DOLAN WALLER, CHARLIE RANDALL                                              DEFENDANTS
AND CHRISTOPHER EPPS

## JUDGMENT

In accordance with the memorandum opinion and order entered this day and the court's March 31, 2005 memorandum opinion and order, it is hereby ORDERED AND ADJUDGED that plaintiff's claims are dismissed with prejudice.

SO ORDERED, this the _24th day of March, 2006.


_____s/ James C. Sumner_____
UNITED STATES MAGISTRATE JUDGE